CHRISTOPHER D. ADAMS
(Admitted *Pro Hac Vice*)
Walder, Hayden & Brogan, P.A.
5 Becker Farm Road
Roseland, New Jersey, 07110
Telephone: (973) 436-4111
Facsimile: (973) 436-4211
Email: cdadams@whbesqs.com

DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorneys for Defendant
RANDALL LEE RAHAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:08-CR-566 LKK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |
| vs. | |
| RANDAL LEE RAHAL, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Matthew D. Segal, Assistant U.S. Attorney; and, Randal Lee Rahal, through his attorneys, Christopher D. Adams, Walder, Hayden & Brogan, P.A. and David W. Dratman, that the Judgment and Sentencing presently scheduled for August 13, 2013 shall be continued to February 25, 2014 at 9:15 a.m. in accordance with the following schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | February 25, 2014; |
| Reply or Statement of Non-Opposition: | February 18, 2014; |

| | | |
|---|---|---|
| Motion For Correction Of The Presentence Report Filed With The Court And Served On The Probation Officer And Opposing Counsel No Later Than: | | February 11, 2014; |
| The Presentence Report Filed With The Court And Disclosed To Counsel No Later Than: | | February 4, 2014; |
| Counsel's Written Objections To The Presentence Report Delivered To The Probation Officer And Opposing Counsel No Later Than: | | January 21, 2014; |
| The Proposed Presentence Report disclosed to counsel: | | Disclosed. |

Dated: August 8, 2013     CHRISTOPHER D. ADAMS
(Admitted *Pro Hac Vice*)

DAVID W. DRATMAN
/s/ David W. Dratman
DAVID W. DRATMAN
Attorneys for Defendant

Dated: August 8, 2013     BENJAMIN B. WAGNER
UNITED STATES ATTORNEY
/s/ Matthew D. Segal*
MATTHEW D. SEGAL
Assistant U.S. Attorney
*Signed with permission

## ORDER

It is so ordered.

Dated: August 9, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT